**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**
**EASTERN DIVISION**

_____
                              )
**In Re**                     )    Chapter 7
                              )    Case No. 10-20473
**JORDAN, CHARLES P., AND**   )
**JORDAN, MARIA P.**          )
                              )
         **DEBTORS**          )
_____)

### DEBTOR'S ASSENTED TO MOTION TO CONTINUE
### MOTION TO LIFT STAY HEARING

Now comes, Charles P. Jordan, and Maria P. Jordan ("Debtors") by and through their counsel, Glenn F. Russell, Jr., and who respectfully request this Court for a continuance of the Hearing scheduled for November 9, 2010 at 10:15 AM on the Movant's Motion to Lift the Automatic Stay

As reasons therefore, Debtor's counsel states that he was involved in a serious car accident, and needs further time to prepare for said hearing. Movant's counsel has assented to a thirty (30) day continuance of the hearing

**WHEREFORE**, Charles P. Jordan and Maria P. Jordan ("Debtors") by and through their counsel, Glenn F. Russell, Jr., respectfully request that this Honorable Court allow the Debtors' request to continue the date of the hearing in this matter for thirty (30) days.

```
                              Respectfully submitted,
                              The Debtors
                              Charles P. Jordan
                              Maria P. Jordan
                              By Their Counsel,

Date: November 04, 2010       /s/ Glenn F. Russell, Jr.
                              Glenn F. Russell, Jr.
                              38 Rock Street, Suite #12
                              Fall River, MA 02720
                              (508) 324-4545
                              BBO# 656914
```

Assented To:
Movant:
Citibank, NA as trustee for CDMC
Mortgage Pass-Through Certificates,
Series 2003-9
By Its Attorney,

/s/ Deirdre M. Keady, Esq.
Deirdre M. Keady, Esq.
BBO#359020
HARMON LAW OFFICES, P.C.
P.O. Box 610345
Newton Highlands, MA 02461-0345
(781) 292-3900

Date: November 04, 2010